JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DOELL and JEFFREY KAPLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS VUITTON NORTH AMERICA, INC. and LOUIS VUITTON MALLETIER, S.A.,<br><br>Defendants. | CV 11-4914 PA (SPx)<br><br>JUDGMENT |

Pursuant to the Court's November 30, 2011 Minute Order dismissing the claims of plaintiffs Charles Doell and Jeffrey Kaplan ("Named Plaintiffs") and denying as moot the Motion for Class Certification,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of Named Plaintiffs are dismissed with prejudice and the class action allegations are dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the action is dismissed.

//

//

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Named Plaintiffs take nothing and that defendants Louis Vuitton North America, Inc. and Louis Vuitton Malletier, S.A. shall have their costs of suit.

IT IS SO ORDERED.

DATED: November 30, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE